SPRAGUE, Respondent, *v.* SPRAGUE, Appellant, (two cases.)

*(Common Pleas of New York City and County, General Term.* May 4, 1892.)

Appeal from city court, general term.

Application of Henry L. Sprague against Dudley R. Sprague.

Argued before BOOKSTAVER and BISCHOFF, JJ.

*E. J. Tinsdale,* for respondent.

No opinion. Ordered that the appeal in each of the above cases be dismissed, with costs in each case.

———

GRIMSHAW, Respondent, *v.* WOOLFALL *et al.,* Appellants.

*(Common Pleas of New York City and County, General Term.* May 5, 1892.)

Appeal from trial term.

Action by Robert Grimshaw against F. H. Woolfall and another.

Argued before DALY, C. J., and BISCHOFF, J.

No opinion. Judgment affirmed, with costs. See 15 N. Y. Supp. 857.

———

ALLEN *et al.,* Respondents, *v.* INGERSOLL, Appellant.

*(Common Pleas of New York City and County, General Term.* May 6, 1892.)

Appeal from special term.

Action by Edward Allen and another against Robert H. Ingersoll.

Argued before DALY, C. J., and BOOKSTAVER and BISCHOFF, JJ.

No opinion. Order affirmed, with costs.

———

BRADLEY, Respondent, *v.* MANHATTAN RY. Co., Appellant.

*(Common Pleas of New York City and County, General Term.* May 6, 1892.)

Appeal from trial term.

Action by Catherine Bradley against the Manhattan Railway Company.

Argued before BOOKSTAVER and BISCHOFF, JJ.

*Davies & Rapallo,* for appellant. *L. C. Dessar,* for respondent.

No opinion. Judgment affirmed, with costs.

———

MATTHIE, Respondent, *v.* DOWDEN, Appellant.

*(Common Pleas of New York City and County, General Term.* May 10, 1892.)

Action by William A. A. Matthie against George A. Dowden.

Argued before BOOKSTAVER and BISCHOFF, JJ.

*J. A. Dennison,* for appellant. *W. B. Ellison,* for respondent.

No opinion. Judgment affirmed, with costs.

———

SPENGEMAN, Respondent, *v.* ALTER, Appellant.

*(Common Pleas of New York City and County, General Term.* May 10, 1892.)

Action by Amelia Spengeman against Henry Alter.

Argued before BOOKSTAVER and BISCHOFF, JJ.

*E. P. Orell,* for appellant. *J. H. Webster,* for respondent.

No opinion. Judgment reversed, new trial ordered, costs to abide the event.

———

*In re* AMERICAN SURETY Co. OF NEW YORK.

*(Common Pleas of New York City and County, General Term.* May 12, 1892.)

In the matter of the application of the American Surety Company of New York.

*Alexander & Green,* for petitioner.

No opinion. Motion granted.